UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVANSTON INSURANCE COMPANY, as successor by merger with ESSEX INSURANCE COMPANY,

Plaintiff,

v.

THE VAPOR LOUNGE, LLC, MICHAEL J. BRADLEY and YVADNE BRADLEY,

Defendants.

Case No.: 7:22-cv-7832-KMK

**Default Judgment**

This action having been commenced on September 13, 2022, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, The Vapor Lounge, LLC, on September 15, 2022 by delivery of copies of the Summons and Complaint to the New York Secretary of State on that date, and a proof of service having been filed on September 19, 2022, and the defendant The Vapor Lounge not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against the defendant The Vapor Lounge, LLC declaring that the plaintiff has no obligation to defend or indemnify the defendant The Vapor Lounge, LLC in connection with the action captioned *Michael J. Bradley and Yvadne Bradley v. The Vapor Lounge, LLC and XYZ Corp.*, in the Supreme Court of the State of New York, Orange County, Index No. EF011800-2018.

Dated: New York, New York
         2/29/24

_____
Kenneth M. Karas, U.S.D.J.

This document was entered on the docket on _____.